# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:  Shannon Dee Randolph                    Case No:     08-31503
                                                Chapter 13

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| **Creditor Name and Address** | **Amount of Dividend** |
|---|---|
| North Bay Village Condominium Assoc.<br>c/o John E. Conley, Esquire<br>300 South Duncan Avenue, Suite 137<br>Clearwater, FL 33755 | $615.13 |

Date:  06-29-11                                 /s/Carl M. Bates
                                                Carl M. Bates
                                                Chapter 13 Trustee